7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Kayla A Woodard
*Debtor*

*Bankruptcy Case No.*
11–44173–can7

**Jerald S. Enslein**
    Plaintiff(s)

*Adversary Case No.*
16–04049–can

v.

**Athene Annuity and Life Company, f/k/a Aviva Life and Annuity Company, successor to Aviva Life Insurance Company**
**Aviva Assignment Corporation**
    Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Judgment in this adversary proceeding is granted in favor of the Trustee; it is
FURTHER ORDERED, ADJUDGED AND DECREED that within seven (7) days from the date of the entry of this Order and Judgment, Athene Annuity shall turn over and surrender exclusively to the Trustee the Payment at Issue (specifically, $25,000.00) which constitutes and shall satisfy in full the indebtedness represented by the Settlement Agreement, the State Court Judgment, Uniform Qualified Assignment, the Annuity Contract, and the right to the Payment at Issue, and no portion of such sum shall be turned over or otherwise transferred or conveyed by Athene Annuity and/or Athene Assignment to any other person or entity, including, but not limited to, the Debtor; and, it is
FURTHER ORDERED, ADJUDGED AND DECREED that Athene Annuity shall remit the Payment at Issue, made payable to Jerald S. Enslein, Trustee of the Bankruptcy Estate of Kayla A. Woodard, c/o Martin, Pringle, Oliver, Wallace & Bauer, L.L.P., 4435 Main Street, Suite 920, Kansas City, MO 64111–1945; and it is
FURTHER ORDERED, ADJUDGED AND DECREED that, following the payment of the Payment at Issue to the Trustee, neither Athene Annuity nor Athene Assignment shall be liable to or required to pay any amount to the Debtor with respect to the Settlement Agreement, the State Court Judgment, the Uniform Qualified Assignment, the Annuity Contract, or the right to the Payment at Issue.

PAIGE WYMORE–WYNN
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 5/31/16

Court to serve